IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| RONALD WHITENER | * | CRIMINAL NO.: 1:18-CR-00606 |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO WITHDRAW GUILTY PLEA**

Now comes the Defendant, Ronald Whitener, by his attorney, Mark Van Bavel, P.A., and states:

1. On August 31, 2020 attorney Mark Van Bavel, P.A. received a letter dated August 26, 2020 from Ronald Whitener who is housed at the Talbot County Detention Center.

2. In the letter Mr. Whitener states that he wants to withdraw his plea of guilty. Mr. Whitener states that "he doesn't want that dummy plea at all." He further states that I am taking it all back. I don't care at all.

3. Mr. Whitener therefore moves to withdraw his plea of guilty pursuant to the Federal Rules of Criminal Procedure (d)(2).

_____
MARK VAN BAVEL
MARK VAN BAVEL, P.A.
40 W. Chesapeake Avenue
Suite 506
Towson, Maryland  21204
(410) 337-5291/(410) 337-2659 (Fax)
E-Mail: vanbavel@msn.com
Attorney for Defendant