UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**BETH P. GESNER**
**CHIEF UNITED STATES MAGISTRATE JUDGE**
MDD_BPGchambers@mdd.uscourts.gov

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4288**

January 5, 2021

Mark A. Van Bavel, Esquire
40 W. Chesapeake Ave., Suite 506
Towson, MD 21204

James T. Wallner, Esquire
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

Re: United States v. Ronald Whitener
Criminal No. DKC-18-0606

Dear Counsel:

This matter was referred to me for the limited purpose of conducting an Attorney Inquiry Hearing after the court received correspondence from the defendant. As is my practice prior to conducting a hearing, I provided defense counsel, Mr. Van Bavel, with a copy of the defendant's correspondence and asked Mr. Van Bavel to confer with his client and advise me if it was necessary to conduct a hearing.

By mail, I received an ex parte letter dated December 23, 2020 from Mr. Van Bavel who advised that he has consulted with his client who indicated that he did not wish to have any hearing relative to Mr. Van Bavel's representation of him and that Mr. Van Bavel will continue in his representation of the defendant. Accordingly, it does not appear necessary to conduct an Attorney Inquiry hearing at this time. Counsel is directed to file that letter under seal so that it is part of the record in this case.

I note that Mr. Van Bavel's letter to me raised an issue that is unrelated to the matter of an Attorney Inquiry hearing and, as a result, I will not be taking any action with respect to that matter as it is outside the scope of the referral to me. Should Mr. Van Bavel believe that any further action is necessary as to that matter, he should bring it to the attention of the trial judge in this case.

<u>United States v. Ronald Whitener</u>
Criminal No. DKC-18-0606
January 5, 2021
Page 2

      Thank you for your attention to this matter.

                                  Very truly yours,

                                        /s/

                                Beth P. Gesner
                                Chief United States Magistrate Judge

cc:  Judge Chasanow